# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

November 26, 2012

**VIA ECF**
Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   **Civil Action No. CV-12-2723**
      **Devorah Kacenberg v. Fidelis Recovery Solutions, Inc.**

Dear Honorable Judge Pollak:

I represent the Plaintiff in the above-referenced matter.

On October 22, 2012, Your Honor directed the parties to provide a status report to this honorable court by November 26, 2012.

The Class Action Complaint was filed on May 30, 2012. Although a Summons Returned Executed was filed on October 10, 2012, a letter motion requesting the issuance of a Summons and an extension of time to effectuate service of the Summons was filed. Your Honor granted the motion and ordered that the Summons be served by December 7, 2012. On November 20, 2012, the Clerk of the Court issued a Summons. The Summons is in the process of being served and I expect to file the Affidavit of Service within the next 10 days.

Thank you for your time and attention to this matter.

Very truly yours,

/s/

Maxim Maximov, Esq.